# JUNE TERM, 1919.

## HAMILTON v. SECRETARY OF STATE.

CONSTITUTIONAL LAW—PETITION FOR SUBMISSION OF AMENDMENT—
REVIVAL—ELECTIONS.

> A petition filed with the secretary of State to submit to
> the electors at the next general election a proposed con-
> stitutional amendment, and found insufficient for that pur-
> pose, because lacking signatures, performed its office and
> cannot be treated as a continuing petition, to be revived
> from time to time by the addition of other names.

Mandamus by James Hamilton to compel Coleman
C. Vaughan, secretary of State, to submit a proposed
amendment to the Constitution. Submitted May 29,
1919. (Calendar No. 28,840½.) Writ denied June
10, 1919.

*Moore & Moore,* for plaintiff.

PER CURIAM. We are of opinion that the petition
filed with the secretary of State and considered in
*Hamilton* v. *Secretary of State,* 204 Mich. 439, cannot
be treated as a continuing petition, to be revived as
such from time to time by the addition of other names.
It was filed to effect a purpose. It was found and
declared to be insufficient for the purpose because
lacking signatures. It performed its office and as a
petition, in view of the law, is dead.